# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Borsheim Builders Supply, Inc., d/b/a Borsheim Crane Services, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Daphney Harstad-Cook and Vicki Harstad, | ) ) |
| | ) Case No. 4:14-cv-083 |
| Defendants. | ) |

Before the court is are motions for attorneys Christopher A. Seidl and Aaron R. Thom to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Christopher A. Seidl and Aaron R. Thom have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 13 and 14) are **GRANTED**. Attorneys Christopher A. Seidl and Aaron R. Thom are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge