# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Borsheim Builders Supply, Inc., d/b/a ) | |
| Borsheim Crane Service, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Daphney Harstad-Cook and Vicki Harstad, ) | |
| ) | Case No. 4:14-cv-083 |
| Defendants. ) | |

Before the court is a motion for attorney Larina A. Alton to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Larina A. Alton has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 16) is **GRANTED**. Attorney Larina A. Alton is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2014.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge